**John E. Phillips**
**Attorney-at-Law, P.C.**
975 N. Silverbell Rd., #87968
Tucson, AZ 85754-4120
Telephone: (928) 717-0977
John E. Phillips, State Bar Number 015243
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br>Defendants. | Case No: 3:20-cv-08079-DLR<br><br>**Errata** |

The Complaint as filed refers to Defendant The Lincoln National Life Insurance Company as “The Lincoln National Insurance Company” (Dkt. 1, pg. 1, ln. 21). Defendant’s correct name is “The Lincoln National Life Insurance Company” as listed in the caption. Plaintiff apologizes to the Court for this confusion.

**DATED** this 13th day of April 2020.

s/John E. Phillips
JOHN E. PHILLIPS,
Attorney at Law, P.C.
Attorney for Plaintiff