# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737


Client Matter
Account # 0981
Invoice # 361545
Liddy # 335096-2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

**vs**

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** The Lincoln National Life Insurance Company c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:** 100 N. 15th Ave., Ste. 102, Phoenix, AZ, 85007

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:08 PM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Maria Salinas, Accounting Specialist, authorized to receive and accept service of process in the State of Arizona.

on 05/06/2020 we received the following documents for service:

2 sets of a: Summons in a Civil Action | Complaint | and Order
Tendering a service of process fee of $15.00

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Matthew Basham, #8493

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: [signature] Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Total | $81.50 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

## Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

**Date:** 05/06/2020

**Receipt #:** 0078756

ADDITIONAL INFORMATION:
LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE CV-20-08079-PCT-DLR

**Payor/Licensee Name:** LIDDY LEGAL SUPPORT SERVICES

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| Amount Paid by Check : | $15.00 |
| Credit Tendered: | $0.00 |
| Cash Tendered: | $0.00 |
| Change Returned: | $0.00 |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Deputy Director
100 N. 15th Ave. # 102
Phoenix, Arizona 85007-2624
Fax: 602.912.8419
e-mail: SGreenberg@azinsurance.gov.

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # 361545
Liddy # 335096-2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

vs

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

**ENTITY/PERSON TO BE SERVED:** The Lincoln National Life Insurance Company c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:** 100 N. 15th Ave., Ste. 102, Phoenix, AZ, 85007

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:08 PM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Maria Salinas, Accounting Specialist, authorized to receive and accept service of process in the State of Arizona.

on 05/06/2020 we received the following documents for service:
2 sets of a: Summons in a Civil Action | Complaint | and Order
Tendering a service of process fee of $15.00

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Matthew Basham, #8493

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: [signature] Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Total | $81.50 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

## Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

**Date:** 05/06/2020

**Receipt #:** 0078756

ADDITIONAL INFORMATION:
LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE CV-20-08079-PCT-DLR

**Payor/Licensee Name:** LIDDY LEGAL SUPPORT SERVICES

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| Amount Paid by Check : | $15.00 |
| Credit Tendered: | $0.00 |
| Cash Tendered: | $0.00 |
| Change Returned: | $0.00 |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Deputy Director
100 N. 15th Ave. # 102
Phoenix, Arizona 85007-2624
Fax: 602.912.8419
e-mail: SGreenberg@azinsurance.gov.

Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # 361545
Liddy # 335096-2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

**vs**

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

**ENTITY/PERSON TO BE SERVED:** The Lincoln National Life Insurance Company c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:** 100 N. 15th Ave., Ste. 102, Phoenix, AZ, 85007

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:08 PM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Maria Salinas, Accounting Specialist, authorized to receive and accept service of process in the State of Arizona.

on 05/06/2020 we received the following documents for service:

2 sets of a: Summons in a Civil Action | Complaint | and Order
Tendering a service of process fee of $15.00

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Matthew Basham, #8493

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: [signature] Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Total | $81.50 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

# Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

**Date:** 05/06/2020
**Receipt #:** 0078756

ADDITIONAL INFORMATION:
LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE CV-20-08079-PCT-DLR

**Payor/Licensee Name:** LIDDY LEGAL SUPPORT SERVICES

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| Amount Paid by Check : | $15.00 |
| Credit Tendered: | $0.00 |
| Cash Tendered: | $0.00 |
| Change Returned: | $0.00 |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Deputy Director
100 N. 15th Ave. # 102
Phoenix, Arizona 85007-2624
Fax: 602.912.8419
e-mail: SGreenberg@azinsurance.gov.