Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # __________
Liddy # 335096-1

UNITED STATES DISTRICT COURT
for the District of Arizona

LINDA GRIFFITH,

**Plaintiff(s) / Petitioner(s),**

**vs**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et. al.

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Lincoln Financial Group Trust Company, Inc.

**PLACE OF SERVICE:** 135 N. Pennsylvania St., Ste. 1610, Indianapolis, IN 46204

**DATE OF SERVICE:** On the 11th day of May, 2020 at 10:20 AM County Marion

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served by leaving the documents with Emily Vlasak, Law Clerk, authorized to accept and receive service of process.

on 5/8/2020 we received the following documents for service:
Summons | Order | Complaint

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Ryan Fortune

The undersigned states: That I am a private process server in the county of Marion, State of Indiana.

SIGNATURE OF PROCESS SERVER: ______________________ Date: 5-12-20

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # __________
Liddy # 335096-1

UNITED STATES DISTRICT COURT
for the District of Arizona

LINDA GRIFFITH,

**Plaintiff(s) / Petitioner(s),**

**vs**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et. al.

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

COPY

**ENTITY/PERSON TO BE SERVED:** Lincoln Financial Group Trust Company, Inc.

**PLACE OF SERVICE:** 135 N. Pennsylvania St., Ste. 1610, Indianapolis, IN 46204

**DATE OF SERVICE:** On the 11th day of May, 2020 at 10:20 AM County Marion

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served by leaving the documents with Emily Vlasak, Law Clerk, authorized to accept and receive service of process.

on 5/8/2020 we received the following documents for service:
Summons | Order | Complaint

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Ryan Fortune

The undersigned states: That I am a private process server in the county of Marion, State of Indiana.

SIGNATURE OF PROCESS SERVER: ____________________ Date: 5-12-20

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # __________
Liddy # 335096-1

UNITED STATES DISTRICT COURT
for the District of Arizona

LINDA GRIFFITH,

**Plaintiff(s) / Petitioner(s),**

**vs**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et. al.

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

COPY

**ENTITY/PERSON TO BE SERVED:** Lincoln Financial Group Trust Company, Inc.

**PLACE OF SERVICE:** 135 N. Pennsylvania St., Ste. 1610, Indianapolis, IN 46204

**DATE OF SERVICE:** On the 11th day of May, 2020 at 10:20 AM County Marion

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served by leaving the documents with Emily Vlasak, Law Clerk, authorized to accept and receive service of process.

on 5/8/2020 we received the following documents for service:
Summons | Order | Complaint

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Ryan Fortune

The undersigned states: That I am a private process server in the county of Marion, State of Indiana.

SIGNATURE OF PROCESS SERVER: ______________________ Date: 5-12-20

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.