Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # 361546
Liddy # 335096-3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

**vs**

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan c/o Kimberly Kent, Statutory Agent

**PLACE OF SERVICE:** 341 E. Camelback Rd., Phoenix, AZ 85012

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:55 PM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served on Kimberly Kent, Statutory Agent.

on 05/06/2020 we received the following documents for service:
Summons in a Civil Action | Complaint | and Order

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Floyd R. Brown #8388

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: Floyd R. Brown Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| | |
|---|---|
| Total | $65.00 |

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account # 0981
Invoice # 361546
Liddy # 335096-3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

vs

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

**ENTITY/PERSON TO BE SERVED:** Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan c/o Kimberly Kent, Statutory Agent

**PLACE OF SERVICE:** 341 E. Camelback Rd., Phoenix, AZ 85012

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:55 PM County Maricopa

[ ] PERSONAL SERVICE [X] Left a copy with a person authorized to accept service. [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served on Kimberly Kent, Statutory Agent.

on 05/06/2020 we received the following documents for service:
Summons in a Civil Action | Complaint | and Order

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**
PROCESS SERVER: Floyd R. Brown #8388

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: [signature] Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| | |
|---|---|
| Total | $65.00 |

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737


Client Matter
Account # 0981
Invoice # 361546
Liddy # 335096-3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**Linda Griffith,**

**Plaintiff(s) / Petitioner(s),**

**vs**

**The Lincoln National Life Insurance Company, et al.,**

**Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. CV-20-08079-PCT-DLR**

**ENTITY/PERSON TO BE SERVED:** Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan c/o Kimberly Kent, Statutory Agent

**PLACE OF SERVICE:** 341 E. Camelback Rd., Phoenix, AZ 85012

**DATE OF SERVICE:** On the 6th day of May, 2020 at 2:55 PM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served on Kimberly Kent, Statutory Agent.

on 05/06/2020 we received the following documents for service:
Summons in a Civil Action | Complaint | and Order

**Received from JOHN E. PHILLIPS, ATTORNEY-AT-LAW, P.C., ( JOHN E. PHILLIPS #015243 )**

PROCESS SERVER: Floyd R. Brown #8388

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: Floyd R Brown Date: 5/6/2020

| Item | Amount |
|---|---|
| Service of Process | $65.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| | |
|---|---|
| Total | $65.00 |