**John E. Phillips**
**Attorney-at-Law, P.C.**
975 N. Silverbell Rd., #87968
Tucson, AZ 85754-4120
Telephone: (928) 717-0977
John E. Phillips, State Bar Number 015243
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br>Defendants. | Case No: 3:20-cv-08079-DLR<br><br>**Notice of Filing Amended Pleading** |

The Complaint as originally filed referred to Defendant The Lincoln National Life Insurance Company as "The Lincoln National Insurance Company" (Dkt. 1, pg. 1, ln. 21). Defendant's correct name is "The Lincoln National Life Insurance Company" as listed in the caption. Additionally, Plaintiff is seeking benefits up to 66 years and 2 months of age, not 65 years of age as indicated in the original complaint.

**DATED** this 28th day of May 2020.

s/John E. Phillips
JOHN E. PHILLIPS,
Attorney at Law, P.C.
Attorney for Plaintiff

Copy of the foregoing sent via CM/ECF
this 28th day of May, 2020 to:

Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company,

Paige A. Martin
Of Counsel
KENT LAW GROUP PLLC
341 E. Camelback Road, Suite 100
Phoenix, Arizona 85012
PH: 602.337.5720
Fax: 602.264.6601
Email: pmartin@klgaz.com
Attorneys for Defendants White Mountain Regional Medical Center Foundation and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan