**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Linda Griffith,

Plaintiff,

v.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-20-08079-PCT-DLR

**ORDER**

The Court has reviewed the parties' Joint Stipulation Regarding Deadline to Respond to Plaintiff's Complaint. (Doc. 14.) For good cause shown,

**IT IS ORDERED** that all Defendants shall have until **June 10, 2020** to respond to Plaintiff's Complaint.

Dated this 29th day of May, 2020.

Douglas L. Rayes
United States District Judge