UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br><br>Defendants. | Case No. 3:20-CV-008079-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the Joint Stipulation Regarding Deadline to Respond to Plaintiff's Amended Complaint, and good cause appearing,

IT IS ORDERED that all Defendants shall have until June 24, 2020 to respond to Plaintiff's Amended Complaint.