**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-20-08079-PCT-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Stipulation Regarding Deadline to Respond to Plaintiff's Amended Complaint. (Doc. 19.) For good cause shown,

**IT IS ORDERED** extending the deadline for all Defendants to file their answer or response to Plaintiff's Amended Complaint (Doc. 15), until **June 24, 2020**.

Dated this 10th day of June, 2020.

Douglas L. Rayes
United States District Judge