**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company, et al.,<br>Defendants. | No. CV-20-08079-PCT-DLR<br>**ORDER** |

The Court has reviewed the parties' Joint Stipulation Regarding Deadline to Respond to Plaintiff's Amended Complaint. (Doc. 21.) For good cause shown,

**IT IS ORDERED** that all Defendants shall have until **July 8, 2020** to respond to Plaintiff's Amended Complaint.

Dated this 24th day of June, 2020.

Douglas L. Rayes
United States District Judge