**John E. Phillips**
**Attorney-at-Law, P.C.**
975 N. Silverbell Rd., #87968
Tucson, AZ 85754-4120
Telephone: (928) 717-0977
John E. Phillips, State Bar Number 015243
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br>Defendants. | Case No: 3:20-cv-08079-DLR<br><br>**JOINT STIPULATON REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(Fifth Request)** |

Plaintiff Linda Griffith and Defendants Lincoln National Life Insurance Company ("Lincoln National"), Lincoln Financial Group Trust Company, Inc. ("LFGTC"), White Mountain Regional Medical Center Foundation ("WMRMCF"); Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan (the "Plan") hereby stipulate to set a deadline of July 24, 2020, for all Defendants to respond to Plaintiff's Complaint.

This extension is necessary because the parties are continuing to discuss procedural matters in the Amended Complaint concerning the proper defendants to Plaintiff's claims. Progress has been made, but additional time is needed to resolve these issues. Additionally, the Parties are continuing to discuss a resolution of the case and want to save both the Court's resources and the Parties' time and expense of litigation if the case will be resolved through settlement. As such, the Plaintiff and Defendants

request an extension of time to July 24, 2020, for all Defendants to answer or otherwise respond to Plaintiff's Complaint

RESPECTFULLY SUBMITTED this 22nd day of July, 2020.

By: /s/John E. Phillips
JOHN E. PHILLIPS,
Attorney at Law, P.C.
Attorney for Plaintiff

AND

/s/ Iwana Rademaekers (with permission)
Iwana Rademaekers
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.

AND

/s/ Paige A. Martin (with permission)
Paige A. Martin
Of Counsel
KENT LAW GROUP PLLC
341 E. Camelback Road, Suite 100
Phoenix, Arizona 85012
PH: 602.337.5720
Fax: 602.264.6601
Email: pmartin@klgaz.com
Attorney for Defendants White Mountain Regional Medical Center Foundation and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Iwana Rademaekers
iwana@rademaekerslaw.com
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.

AND

Paige A. Martin
Email: pmartin@klgaz.com
Attorney for Defendants White Mountain Regional Medical Center Foundation and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan

/s/ John E. Phillips
John E. Phillips
John E. Phillips,
Attorney at Law P.C.