**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-20-08079-PCT-DLR<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that any pending hearings are vacated.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 31, 2020** without further leave of Court.

Dated this 28th day of July, 2020.

Douglas L. Rayes
United States District Judge