**John E. Phillips**
**Attorney-at-Law, P.C.**
975 N. Silverbell Rd., #87968
Tucson, AZ 85754-4120
Telephone: (928) 717-0977
John E. Phillips, State Bar Number 015243
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br>Defendants. | Case No: 3:20-cv-08079-DLR<br><br>**JOINT STIPULATON REGARDING DEADLINE TO FILE STIPULATION TO DISMISS (First Request)** |

On July 28th, 2020 this Court ordered that this matter will, without further Order of this Court, be dismissed within 30 days of the date of the order unless a stipulation to dismiss is filed prior to the dismissal date (Dkt. 30). Further, this Court ordered this matter to be terminated on August 31, 2020 without further leave of Court (Dkt. 30). The parties have been delayed in getting their documents in final form and executed, primarily due to the COVID-19 Pandemic and the social distancing limitations presented thereby, but are in active discussions as to settlement of this matter and request an extension of time, until September 25, 2020.

RESPECTFULLY SUBMITTED this 27th day of August, 2020.

By: /s/John E. Phillips
JOHN E. PHILLIPS,
Attorney at Law, P.C.
Attorney for Plaintiff

AND

/s/ Iwana Rademaekers (with permission)
Iwana Rademaekers
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.

AND

/s/ Paige A. Martin (with permission)
Paige A. Martin
Of Counsel
KENT LAW GROUP PLLC
341 E. Camelback Road, Suite 100
Phoenix, Arizona 85012
PH: 602.337.5720
Fax: 602.264.6601
Email: pmartin@klgaz.com
Attorney for Defendants White Mountain Regional Medical Center Foundation and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Iwana Rademaekers
iwana@rademaekerslaw.com
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.

AND

Paige A. Martin
Email: pmartin@klgaz.com
Attorney for Defendants White Mountain Regional Medical Center Foundation and Group Long Term

Disability Insurance for Employees of White Mountain Regional Medical Center Plan

/s/ John E. Phillips
John E. Phillips
John E. Phillips,
Attorney at Law P.C.