**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith, Plaintiff, vs. The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan, Defendants. | Case No: 3:20-cv-08079-DLR<br><br>**ORDER** |

Pursuant to the Joint Stipulation Regarding Deadline to file a stipulation to dismiss, and good cause appearing:

IT IS ORDERED that this matter will, without further Order of this Court, be dismissed September 25, 2020 unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED directing the Clerk of the Court to terminate this matter on September 25, 2020 without further leave of Court.