**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-20-08079-PCT-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Stipulation Regarding Deadline to File Stipulation to Dismiss. (Doc. 32.) For good cause shown,

**IT IS ORDERED** extending the deadline for Plaintiff to file her Stipulation to Dismiss through and including **September 25, 2020,** unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter on **September 25, 2020** without further leave of Court.

**IT IS FURTHER ORDERED** that the Joint Stipulation Regarding Deadline to File Stipulation to Dismiss (Doc. 31) is **DENIED** as moot.

Dated this 28th day of August, 2020.

Douglas L. Rayes
United States District Judge