**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br><br>Defendants. | Case No. 3:20-CV-008079-DLR<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |

Plaintiff Linda Griffith ("Plaintiff") and Defendants The Lincoln National Life Insurance Company, Lincoln Financial Group Trust Company, Inc., White Mountain Regional Medical Center Foundation, and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan (collectively "Defendants") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

RESPECTFULLY SUBMITTED this 22nd day of September 2020.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendants The Lincoln National Life Insurance Company and Lincoln Financial Group Trust Company, Inc.

AND

/s/ John E. Phillips (with permission)
John E. Phillips, SBN 015243
JOHN E. PHILLIPS, ATTORNEY AT LAW, P.C.
975 N. Silverbell Rd., # 87968
Tucson, AZ 85754-4120
PH: (928) 717-0977
Email: john@johnephillips.com
Attorneys for Plaintiff Linda Griffith

AND

/s/ Paige A. Martin (with permission)
Paige A. Martin
Of Counsel
KENT LAW GROUP PLLC
341 E. Camelback Road, Suite 100
Phoenix, Arizona 85012
PH: 602.337.5720
Fax: 602.264.6601

Email: pmartin@klgaz.com
Attorneys for Defendants White Mountain Regional Medical Center Foundation and Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

John E. Phillips
john@johnephillips.com
Attorneys for Plaintiff

and

Paige A. Martin
pmartin@klgaz.com
Attorneys for Defendants
White Mountain Regional Medical Center Foundation
and Group Long Term Disability Insurance for Employees
of White Mountain Regional Medical Center Plan

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.