UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Lincoln Financial Group Trust Company, Inc.; White Mountain Regional Medical Center Foundation; Group Long Term Disability Insurance for Employees of White Mountain Regional Medical Center Plan,<br><br>Defendants. | Case No. 3:20-CV-008079-DLR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

DATED this ___ day of September 2020.