**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Griffith,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-20-08079-PCT-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation of Dismissal With Prejudice. (Doc. 34.). For good cause shown;

**IT IS ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated this 23rd day of September, 2020.

Douglas L. Rayes
United States District Judge